**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| KIBWE RAYFORD JR | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-347 |
| | ) | |
| v. | ) | Removed from Lucas County Court of |
| | ) | Common Pleas, Case No. CI2025-00281 |
| | ) | |
| WHITEFORD KENWORTH | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 because Plaintiff Kibwe Rayford Jr. ("Plaintiff") alleges violations of Title VII of the Civil Rights Act of 1964 ("Title VII"), the Americans with Disabilities Act ("ADA"), and Title XV of the Equal Employment Opportunity Act of 1972 ("Equal Employment Opportunity Act") and this Court has federal question jurisdiction.

Accordingly, pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant files the following Notice of Removal of the above-captioned action from the Lucas County Court of Common Pleas, State of Ohio, where it is now pending, to the United States District Court for the Northern District of Ohio.

## FACTUAL BACKGROUND

1. Plaintiff initiated this action on January 23, 2025 by filing a judicial complaint in the Lucas County Court of Common Pleas, State of Ohio, designated as *Rayford v. Whiteford Kenwoth* [sic], Case No. CI2025-00281.

2. Defendant was served with a copy of the Summons and Complaint on January 28, 2025, which is the first date upon which it had actual notice of the pending action.  Copies of the

Summons and Complaint, which are the only pleadings filed in this matter to date, are attached hereto as Exhibit A.

3.      Plaintiff claims he was subjected discrimination based on his race, color, gender, national origin, alleged disability, and education and retaliated against in violation of Title VII, the ADA, and the Equal Employment Opportunity Act.  Complaint, ¶¶ 2, 3.

## LEGAL ANALYSIS

4.      A civil case brought in a state court may be removed by a defendant to federal court if it could have been brought there originally.  28 U.S.C. § 1441(a).

5.      A federal district court has original "federal question" jurisdiction where the plaintiff alleges a violation of federal law.  28 U.S.C. § 1331.

6.      Plaintiff has alleged multiple violations of federal law.

7.      The Lucas County Court of Common Pleas, State of Ohio, in which this action was commenced, is within this Court's district.

8.      This Notice of Removal is being filed within 30 days of Defendant's receipt of the initial pleading by service or otherwise, setting forth the claim for relief upon which this action is based and upon which it could first be ascertained that this case is removable, and is timely filed pursuant to 29 U.S.C. § 1446.

9.      Defendant preserves all other bases for removal of this action to this Court.

10.     A Notice of Filing of the instant Notice of Removal will be filed with the Lucas County Court of Common Pleas, State of Ohio, and a copy of this Notice of Removal will be served upon Plaintiff (who is proceeding *pro se*).

2

WHEREFORE, Defendant hereby removes the above-described action now pending in the Lucas County Court of Common Pleas, State of Ohio, to the United States District Court for the Northern District of Ohio.

Dated: February 20, 2025

Respectfully submitted,

*s/ Douglas M. Oldham*
Douglas M. Oldham (0088927)
douglas.oldham@btlaw.com
BARNES & THORNBURG LLP
41 South High Street, Suite 3300
Columbus, Ohio 43215
Telephone:    (614) 628-0096
Facsimile:    (614) 628-1433

*Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

On this 20th day of February 2025, a copy of the foregoing was mailed by U.S. first class mail and electronically filed with the Clerk of Court using the CM/ECF system such that it will be served to the following through the CM/ECF system to:

> Kibwe Rayford Jr.
> 1657 Botkins Drive
> Apartment A
> Toledo, Ohio 43605

> *s/ Douglas M. Oldham*